<u>AFFIRMATION OF SERVICE BY MAIL</u>

    I, Michael Bierce, an attorney admitted to practice in the State of New York and before the United States District Court for the Eastern District of New York, and an Assistant District Attorney in Kings County, affirm the following statements to be true under the penalties of perjury:

    On the 20th day of November, 2020, I served Respondent's Affirmation and Memorandum of Law Opposing Motion for a Preliminary Injunction in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service, by causing one (1) true copy to be enclosed in a first-class postpaid envelope addressed to Petitioner Joseph Hayon, DIN # 18-R-0375, at Cape Vincent Correctional Facility, 36560 State Route 12E, P.O. Box 599, Cape Vincent, New York, 13618-0599, and by causing that envelope to be deposited in an official depository of the United States Postal Service within the State of New York.[1]

                                                     *Michael Bierce* (signature)
                                                     Michael Bierce

DATED:  November 20, 2020
          Brooklyn, New York

---

[1] Subsequent to the electronic filing of these documents, but before hard copies were mailed to Petitioner, my office's administrative staff discovered that Petitioner has been transferred from Marcy Correctional Facility, his current address of record, to Cape Vincent Correctional Facility, at the above-listed address. Respondent's Affirmation and Memorandum of Law Opposing Motion for a Preliminary Injunction (as well as his letter request regarding courtesy copies) were accordingly mailed to the Cape Vincent address.