Hayon v Reardon, 20-cv-04668 (PKC)  Sunday, December 06, 2020

Dear Hon Chen,

<mark>Received by the Pro Se Office 12/16/2020-KC</mark>

I am Odelia Cohen, and not a party to this proceeding.

I submit this affirmation in support of Petitioner's motion for bail and this Court's Order dated 11/11/2020

During the months of February 2020-May 2020, at the request of Petitioner, I constantly inquired when Petitioner will have his appellate attorney via text and phone by contacting Doug Appel, his former trial attorney.

Enclosed are screenshots of the text messages. A recorded message on screenshot #6, transcribed by me, is written out.

Respectfully Submitted,
Odelia Cohen

I affirm under penalty of perjury that everything here is true.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 1 6 2020 ★

BROOKLYN OFFICE

Hayon v Reardon, 20-cv-04668 (PKC)  Sunday, December 06, 2020

**#1** (2/9/18 5:09 PM)
I just spoke to Joseph. You can call the appellate division at 718-875-1300 to find out who his appellate attorney is, if one has been assigned. Ask to speak with Jackie Vasquez. Good luck and Good Shabbos

> Thank you
> (2/19/18 3:22 PM)

Hi Doug, in order for Joseph's to make phone calls, he needs to submit more information. Can you please text me your address and age?
(2/19/18 3:58 PM)

I can give you my office

**#2** (2/19/18 3:58 PM)
I can give you my office address. 16 Court Street, Suite 2402, Brooklyn 11241

(2/20/18 10:55 AM)

Thank you. Can you send me your age as well

(2/20/18 1:49 PM)

Not sure why you would possibly need my age. I'm sorry

That's what he told me. He needs address and age to make phone calls. I don't know the rules.

Also, he wanted me to ask you

**#3**
Also, he wanted me to ask you if you know who is new lawyer is

> He doesnt know

I'm certain that he's incorrect. He can make phone calls without knowing his lawyers age. I don't know if he's yet been appointed an appellate attorney. I

won't be notified. Was the clerk at the appellate division helpful?

He needs addresses and age to make phone calls in general, that's what he told me. No idea why.

**#4**
that's what he told me. No idea why.

I don't know if he contacted the clerk.
(2/20/18 2:48 PM)

> What's the clerk's phone number
> (2/20/18 2:55 PM)

Look up about 10 texts
(2/20/18 3:02 PM)

> Ok Thanks
> (5/31/18 6:56 PM)

Hi Doug, I called the appellate court and spoke to Jackie asking about Joseph's

**#5** (5/31/18 6:56 PM)
Hi Doug, I called the appellate court and spoke to Jackie asking about Joseph's appellate attorney but she said there was no appeal filed. Joseph said that you appealed the day of the hearing. Can you please find out why the appeal was not transferred to the appellate court? Please let me know, Thanks.

No appeal was filed. I filed a Notice of Appeal along with the order for a free appellate attorney

Once he gets the appellate attorney, that is who filed the appeal

**#6**
attorney, that is who filed the appeal

The Notice only preserves his right to appeal later. Joseph has an original of my Notice of Appeal with the stamps showing it was filed with the court and DA

🔊━━━━━━━━ [audio]

(5/31/18 9:13 PM)

Not sure what more I can do. I filed the necessary documents. Ask the clerk if they were received - the Notice of Appesl and order from the trial judge

assigning a free appellate attorney. If the clerk doesn't

**Recording in #6:** Hi, Doug it's just easier if I send this recording. So how is he supposed to file for a free attorney? Because I spoke to Jackie and she said that nothing was in the system under his name. She said there was no appeal so there was no appelate attorney assigned. So how would I go forth with that?

**#7** assigning a free appellate attorney. If the clerk doesn't have them, Joseph has originals showing they were filed

6/1/18 12:31 PM

If you gave them that notice it should have been filed by now.

So if the trial judge, whom you gave the notice of appeal to, didn't transfer it, can you ask the judge to follow up and transfer it?

So if the trial judge, whom you gave the notice of appeal to, didn't transfer it, can you ask the judge to follow up and transfer it?

**#8** transfer it?

It's not the trial judge. I filed it with the appellate court. Joseph has the proof

6/1/18 5:03 PM

Yes He has the papers but Jackie said there was no appeal filed. Can you find out why?

6/4/18 11:43 AM

Hi Doug, Good morning. 718-875-1300 is the number you gave me to contact the appellate division. Please contact Jackie or anyone who can help you out so we can find out why it has been delayed. Thanks so much.

**#9** Thanks so much.

6/4/18 12:32 PM

I couldn't get through but sent an email. When I hear back, I'll let you know

Thank you.

Sometimes I called Jackie and left a message but didn't hear back from her. Last week I called and left a message and she did response. So if you do not hear from them within a certain amount of time please follow up and let me know. Thanks again

6/4/18 2:39 PM

I got email back. They

**#10** 6/4/18 2:39 PM

I got email back. They apparently don't have the notice of appeal. I emailed them an original copy with the appellate clerk's stamp and waiting to hear back.

6/4/18 9:22 PM

Oh wow, see something wasn't right. ok Thank you.

6/5/18 11:21 AM

I refiled the Notice of Appeal today

Thank you

**#11** 6/5/18 11:21 AM

I refiled the Notice of Appeal today

Thank you

Did they say how long it'll take to process or is there a standard time range?

6/5/18 11:40 AM

They said they'd send it to the appeals court as a second submission and you can contact the appellate the middle of next week

Ok

United States District Court
Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11201

Odelia Cohen
149 Vanguard Ave
Englewood, New Jersey
07631

11201131662 0030